G. Thomas Martin, III. Esq. (SBN 218456)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA 90025
Tel:   (323) 988-2400
Fax:   (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff Christina Brace

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BRACE, ) | Case No.  09-CV-03170-JAM-GGH |
| ) | |
| Plaintiff, ) | |
| ) | VOLUNTARY DISMISSAL |
| vs. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Christina Brace, through her designated counsel of record, hereby voluntarily dismisses the above-captioned matter with prejudice pursuant to FRCP 41(a)(1). This voluntary dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.

             Respectfully submitted

Dated:  December 24, 2009  KROHN & MOSS, LTD

             /s/ G.Thomas Martin, III
             G. Thomas Martin, III
             Attorney for Plaintiff CHRISTINA BRACE